# Court of Appeals
# of the State of Georgia

ATLANTA,  July 31, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0540. FRANKLIN LY v. TONI LY.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

Toni Ly's request for a frivolous application penalty pursuant to Court of Appeals Rule 7 (e) (2) is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/31/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*